# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1832
Lower Tribunal No. 23-23977-CA-01
_____

**Reshonda Russ,**
Appellant,

vs.

**Ghassan Mehio, M.D., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Lisa S. Levine, P.A., and Lisa S. Levine and Sydney A. Levine (Weston); Burlington & Rockenbach, P.A. and Nichole J. Segal (West Palm Beach), for appellant.

Hicks, Porter & Stein, P.A., and Dinah S. Stein and Philip M. Berberian; Adams | Coogler, P.A., and Nicholas S. Madsen (West Palm Beach), for appellees.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.